IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER RED BULL, ) | |
| ) | |
| Plaintiff(s), ) | No. C 09-5404 CRB (PR) |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| LYLE CURRY, et al., ) | (Docket # 4) |
| ) | |
| Defendant(s). ) | |
| ) | |

Plaintiff filed the instant pro se action under 42 U.S.C. § 1983 seeking enforcement of a settlement agreement reached in his earlier case <u>Bull v. Curry</u>, No. C 05-2936 CRB (N.D. Cal. filed July 19, 2005). He also seeks leave to proceed in forma pauperis under 28 U.S.C. § 1915.

Because plaintiff also sought enforcement of the settlement agreement in his earlier case and the court is addressing the issue therein, the instant action is DISMISSED as duplicative and unnecessary. But based solely on his affidavit of poverty, his request to proceed in forma pauperis (docket # 4) is granted.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:   03/19/10

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Bull, E1.dismissal.wpd